## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FREGIA, | No. 2:19-cv-2196 JAM KJN P |
| Plaintiff, | |
| v. | |
| P. A. MIRANDA, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Mark Fregia, CDCR # G-07230, a necessary and material witness in a settlement conference in this case on September 10, 2020, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by telephonic-conferencing from his place of confinement, to the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Thursday, September 10, 2020, at 9:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Mule Creek State Prison at (209) 274-5018.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Valerie Callen, Courtroom Deputy, at (916) 930-4199.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, MCSP, P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  August 11, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/freg2196.841T