UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FREGIA, | No. 2:19-cv-2196 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| P.A. MIRANDA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Defendant Ridge filed objections to the findings and recommendations. Plaintiff also filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2021, are adopted in full;

2. Defendant Miranda's motion to dismiss (ECF No. 38) is granted;

3. Defendant Dr. Ridge's motion to dismiss (ECF No. 38) is denied; and

4. The Clerk of the Court shall transfer this action to the Fresno Division of the Eastern District of California.

DATED: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE